UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUMAL WILLIAMS, aka SAUMAL MARTIN WILLIAMS, aka POOKIE, <br><br> Petitioner, <br><br> vs. <br><br> T. FELKER (WARDEN), <br><br> Respondent. | Case No. CV 07-3850-PSG(RC) <br><br><br><br><br> JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: 1/4/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

R&R\07-3850.jud
10/15/07